UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**ROBERT DAVID DAVIS**          **CIVIL ACTION NO. 3:16-CV-0740**
    LA. DOC #1596062
VS.                             **SECTION P**

                                **JUDGE ROBERT G. JAMES**

**OUACHITA PARISH**             **MAGISTRATE JUDGE KAREN L. HAYES**
**CORRECTIONAL CENTER, ET AL**

## MEMORANDUM ORDER

*Pro se* plaintiff Robert David Davis, proceeding *in forma pauperis*, filed the instant civil rights complaint pursuant to 42 U.S.C. §1983 on May 26, 2016. Plaintiff complains that as a pre-trial detainee at Ouachita Correctional Center ("OCC"), he is being denied his full share of food. This matter has been referred to the undersigned for review, report, and recommendation in accordance with the provisions of 28 U.S.C. §636 and the standing orders of the Court.

### *Statement of the Case*

Plaintiff asserts that from the time of his arrest on April 21, 2006, through the present, several deputies, named in his Amended Complaint [Rec. Doc. 10] , give "2-10 extra trays" of food to certain inmates while others, including himself, have "barely food" on their trays. [Rec. Doc. 5, p.3] He asserts that he has lost 10-20 pounds and showing "signs of malnutrition, starting with tooth infections, extreme bowel problems, sores in mouth." [Rec. Doc. 10, p.1]

On July 7, 2016, petitioner was ordered to amend his complaint to provide more detailed information about his claim. [Rec. Doc. 9] He did so, on July 26, 2016. [Rec. Doc. 10] After reviewing plaintiff's Amended Complaint, the Court has determined that the following additional information is needed from plaintiff:

1. Any and all medical records establishing the medical conditions of which he complains;

2. Dated copies of any sick call requests (if unable to provide copies, please provide approximate date and result of request); and

3. Plaintiff's approximate weight in April 2016 and his approximate weight today.

Before this court determines the proper disposition of plaintiff's complaint, plaintiff should be given the opportunity to remedy the deficiencies identified above. *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985). Therefore,

**IT IS ORDERED** that plaintiff amend his complaint within thirty (30) days of the filing of this order to cure the deficiencies as outlined above.

**Failure to comply with this order may result in dismissal of this action as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i) or under Rule 41(b) or 16(f) of the Federal Rules of Civil Procedure. Plaintiff is further required to notify the Court of any change in his address under U.L.R. 41.3.**

In Chambers, Monroe , Louisiana, September 14, 2016.

_____
**KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE**