UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **ROBERT DAVID DAVIS** <br> **LA. DOC #1596062** | **CIVIL ACTION NO. 3:16-0740** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **OUACHITA PARISH** <br> **CORRECTIONAL CENTER, ET AL** | **MAGISTRATE JUDGE KAREN L. HAYES** |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's civil rights Complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief may be granted.

**MONROE, LOUISIANA,** this 8th day of February, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE